IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| PATRICIA M. EBERL and ANTHONY E. EBERL, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:09-CV-00527 ) Phillips/Guyton ) |
| WAL-MART STORES, INC., | ) JURY DEMANDED ) |
| Defendant. | ) |

## AGREED ORDER OF DISMISSAL, SUBSTITUTION OF PARTY, AND AMENDMENT OF COMPLAINT

Upon representation of counsel for Defendant, Sam's East, Inc., that Wal-Mart Stores, Inc. is not the proper Wal-Mart defendant and that the Defendant should be correctly identified as "Sam's East, Inc.," it is hereby ORDERED, ADJUDGED, and DECREED that the claims filed herein against Wal-Mart Stores, Inc. are dismissed without prejudice as to the refilling of the same.

It is further ORDERED, ADJUDGED, and DECREED that Sam's East, Inc. is substituted as the Wal-Mart defendant in this case and that said substitution relates back to the filing of the Complaint. The Complaint and all pleadings filed to date are hereby amended to reflect the proper Wal-Mart defendant as stated herein. All subsequent pleadings in this case shall be captioned *Patricia M. Eberl and Anthony E. Eberl v. Sam's East, Inc.*

ENTER this 9th day of Feb., 2010.

_____
Thomas W. Phillips
UNITED STATES DISTRICT COURT JUDGE

1

APPROVED FOR ENTRY:


By: /s/ Jessica H. Shafer
Clarence Risin (BPR #016874)
Kenny L. Saffles (BPR #023870)
Jessica H. Shafer (BPR #027527)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
(865) 549-7000

*Attorneys for Defendant*


BY: /s/ John R. Rosson, Jr.
John R. Rosson, Jr. (PID #174)
P.O. Box 2708
Knoxville, Tennessee 37901-2708
(865) 522-2070

*Attorney for Plaintiffs*

K JHS2 2413:
2825865-000